AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

36 C.F.R. § 1004.23(a)(1) - Driving Under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. § 1004.23(a)(2) - Driving With a Blood Alcohol Content Above 0.08% (Class B Misdemeanor).

☒ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

PENALTY:
6 months in jail
$5,000 fine
$10 special assessment

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

FILED JUN 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

▶ ERIK M. BIANCHI

DISTRICT COURT NUMBER
CR 08 0410 MAG

E-filing

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): WENDY THOMAS

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ 6/1/08

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:      Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

JUN 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

MAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 08   0410

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIK M. BIANCHI, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. <br> VIOLATIONS: 36 C.F.R. §1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. §1004.23(a)(2) - Operating a Motor Vehicle With a Blood Alcohol Content Over 0.08% (Class B Misdemeanor) <br> SAN FRANCISCO VENUE |

### INFORMATION

The United States Attorney charges:

<u>COUNT ONE</u>: 36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol

On or about June 1, 2008, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust and land under the exclusive jurisdiction of the United States, the defendant,

ERIK M. BIANCHI,

operated and was in actual physical control of a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safe operation in violation of Title 36,

INFORMATION

1  Code of Federal Regulations, Section 1004.23(a)(1), a Class B Misdemeanor.

3  COUNT TWO: 36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle with a Blood
              Alcohol Content over 0.08%

On or about June 1, 2008, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust and land under the exclusive jurisdiction of the United States, the defendant,

ERIK M. BIANCHI,

operated and was in actual physical control of a motor vehicle while having at least 0.08 percent, by weight, of alcohol in his blood in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(2), a Class B Misdemeanor.

DATED: June 24, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____
WENDY THOMAS
Special Assistant ~~United~~ States Attorney

INFORMATION